of Cattaraugus County Court denying a motion to vacate the sentence and judgment of November 16, 1959, without a hearing.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ PATRICIA CLEMONS, an Infant, by JESSIE CLEMONS, Her Guardian ad Litem, et al., Appellants, v. CLARENCE J. TOBIN et al., Defendants, and IRA KING, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal by plaintiffs from judgment and order of Monroe Trial Term for plaintiffs in an automobile negligence action. The order denied motion of plaintiffs to set aside the jury verdicts and for a new trial.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ DRUSILLA L. COAKLEY et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 33872.) — Judgment entered March 2, 1961, and intermediate order entered March 7, 1960, unanimously affirmed, with costs. (Appeal from judgment of Court of Claims for claimants on a claim for damages for personal injuries alleged to have been sustained by reason of negligent condition of State highway.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ MINNIE B. ALLEN, Respondent, v. DEAN HYLAND, Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Erie Trial Term in favor of plaintiff in an action to recover purchase price of realty.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ A. J. PITTS, INC., Appellant, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Monroe Trial Term dismissing the complaint on the merits, in an action for the loss by theft of an automobile upon an automobile dealer's open policy.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ. [31 Misc 2d 217.]

■ WILLIAM MERINGOLA, Respondent, v. ARTHUR CHAMPION, JR., Appellant.— Order unanimously affirmed, with costs. (Appeal from order of Ontario Trial Term setting aside the verdict of the jury of no cause of action in favor of defendant and granting a new trial in an automobile negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v. ROBERT L. FRASER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. GLYN SEES, JR., Appellant.— Motion for reargument denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN T. HANEY, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ HELEN R. CHAPPELLE, Appellant, v. MAURICE G. CHAPPELLE, Respondent.— Plaintiff's motion to prosecute appeal as a poor person granted. (See Civ. Prac. Act, § 198-a.) Application should be made at Special Term for an order directing either that the minutes should be transcribed at the expense of the County of Erie (see Civ. Prac. Act, § 1493) or that the defendant husband should be required to pay for the minutes. Motion to enlarge time for argument of appeal to February Term granted on condition that the record and the appellant's brief be filed and served on or before January 17, 1962; respondent's brief to be filed by February 1, 1962, if appeal is to be argued at the February Term